ARTHUR FAIRL, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

(Submitted October 17, 1930; decided November 18, 1930.)

*Selby G. Smith* for appellant.

*William J. Flynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.